1034

ACE NOVELTY CO., INC., ET AL, *Respondents,* v.
IRWIN H. MASON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 774258, Stanley C. Soderland, J., entered June
6, 1977. *Affirmed* by unpublished opinion per James, J.,
concurred in by Farris, C.J., and Ringold, J.

THE STATE OF WASHINGTON, *Appellant,* v. RYZARD
MATUSZEWSKI, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 81588, Francis E. Holman, J., entered
November 2, 1977. *Reversed* by unpublished opinion per
Farris, C.J., concurred in by James and Andersen, JJ.

CHRIS CROSS, ET AL, *Respondents,* v. YVONNE
EARNST, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 819750, George H. Revelle, J., entered October
31, 1977. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by James and Andersen, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ROY
LEWIS JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 69734, Carolyn R. Dimmick, J., entered
November 2, 1977. *Affirmed* by unpublished opinion per
James, J., concurred in by Farris, C.J., and Dore, J.